# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3750

_____

| | | |
|---|---|---|
| Patricia Fisher, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Southern District of Iowa |
| Iowa Commission of Veterans Affairs, | * | |
| | * | [UNPUBLISHED] |
| Appellee. | * | |

_____

Submitted:  August 17, 2000

Filed:  September 11, 2000

_____

Before McMILLIAN, BOWMAN, and MORRIS SHEPPARD ARNOLD, Circuit
Judges.

_____

PER CURIAM.

Patricia Fisher appeals from the final judgment entered in the District Court[1] for
the Southern District of Iowa granting summary judgment in favor of the Iowa
Commission of Veterans Affairs based on Eleventh Amendment immunity.  Fisher's
complaint asserted violations of the Americans with Disabilities Act (ADA), 42 U.S.C.

_____

[1]The Honorable Ross A. Walters, Chief United States Magistrate Judge for the
Southern District of Iowa, to whom the case was referred for final disposition by
consent of the parties pursuant to 28 U.S.C. § 636(c).

§ 12112, <u>et seq.</u>, against her former employer, a state agency. After reviewing the record and the parties' briefs, we conclude the district court properly relied on our decisions in <u>Alsbrook v. City of Maumelle</u>, 184 F.3d 999, 1010 (8th Cir. 1999) (en banc) (in applying Title II of ADA to States, Congress exceeded its authority under § 5 of Fourteenth Amendment), <u>cert. granted</u>, 120 S. Ct. 1003, <u>and dismissed</u>, 120 S. Ct. 1265 (2000), and <u>DeBose v. Nebraska</u>, 207 F.3d 1020, 1021 (8th Cir. 1999) (extending <u>Alsbrook</u> to Title I of ADA), <u>petition for cert. filed</u>, 68 U.S.L.W. 3391 (U.S. Dec. 1, 1999) (No. 99-940). Additionally, the Supreme Court recently held that Congress exceeded its authority under § 5 of the Fourteenth Amendment by purporting to abrogate the states' Eleventh Amendment immunity in lawsuits brought under the Age Discrimination in Employment Act, 29 U.S.C. § 621, <u>et seq</u>. <u>See</u> <u>Kimel v. Florida Bd. of Regents</u>, 120 S. Ct. 631, 650 (2000). Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.